UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-45821-399 |
|     Christopher L Funkhouser | ) | |
|     and Elizabeth A. Funkhouser | ) | Chapter 13 |
| | ) | |
| | ) | Debtor's Response to Motion for Relief From Stay |
|     Debtors. | ) | |

**DEBTOR'S  RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

COMES NOW Debtors Christopher L. Funkhouser and Elizabeth A. Funkhouser, by and through Counsel, and for their response to Movant's Motion for Relief from Stay states to the Court as follows:

1. Debtors admit the allegations contained in Paragraph number 1of Movant's Motion.

2. Debtors admit the allegations contained in Paragraph number 2 of Movant's Motion.

3. Debtors admit the allegations contained in Paragraph number 3 of Movant's Motion.

4. Debtors admit the allegations contained in Paragraph number 4 of Movant's Motion.

5. Debtors are without sufficient information in which to either admit or deny the allegations in contained in Paragraph 5 of Movant's Motion, and therefore, deny same.

6. Debtors are without sufficient information in which to either admit or deny the allegations in contained in Paragraph 6 of Movant's Motion, and therefore, deny same.

7. Debtors are without sufficient information in which to either admit or deny the allegations in contained in Paragraph 7 of Movant's Motion, and therefore, deny same.

8. Debtors admit the allegations contained in Paragraph number 8 of Movant's Motion.

9. Debtors are without sufficient information in which to either admit or deny the allegations in contained in Paragraph 9 of Movant's Motion, and therefore, deny same.

10. Debtors admit the allegations contained in Paragraph number 10 of Movant's Motion.

11. Debtors are without sufficient information in which to either admit or deny the allegations in

Paragraph 11 of Movant's Motion and therefore deny same.

12. Debtors admit the allegations contained in Paragraph number 12 of Movant's Motion.

13. Debtors deny the allegations contained in Paragraph 13 of Movant's Motion.

14. Debtors deny the allegations contained in Paragraph 14 of Movant's Motion.

15. Debtors deny the allegations contained in Paragraph 15 of Movant's Motion.

16. Debtors deny the allegations contained in Paragraph 16 of Movant's Motion.

17. Debtors consent to communication with Debtors counsel.

18. Debtors deny the allegations contained in Paragraph 18 of Movant's Motion.

**WHEREFORE** Debtors Christopher L. Funkhouser and Elizabeth A. Funkhouser prays that this Court make and enter its Order and Judgment denying Movant's Motion for Relief from Automatic Stay; and for such other and further relief that the Court deems just and proper.

/s/ Michael E. Doyel
Michael E. Doyel
MoBar # 42478; FedBar # 42478MO
Attorney for Debtors
10820 Sunset Office Drive, Suite 124
St. Louis, MO 63127
(314) 909-9909
(314) 909-6626 (fax)
medoyel@stlouis-law.net

CERTIFICATE OF SERVICE

On April 29th 2015 a copy of Debtor's Response to Movant's Motion For Releif from Automatic Stay was served by mail or via ECF Court System to the following parties.

Wendee Elliott-Clement
Attorney for Movant
6363 College Blvd, Suite 100
Overland Park , Kansas 66211

/s/Michael E Doyel