IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re:<br><br>Christopher Lloyd Funkhouser, and Elizabeth Ann Funkhouser, *Debtor*<br><br><br>Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-8, by Rushmore Loan Management Services, LLC, loan servicing agent for *Moving Creditor*<br><br>vs.<br><br>Christopher Lloyd Funkhouser, and Elizabeth Ann Funkhouser, *Debtor*<br><br>and<br><br>John V. LaBarge, Jr., *Trustee* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 14-45821-399<br><br>Chapter: 13<br><br>NOTICE OF MOTION FOR RELIEF FROM STAY<br><br>Filed By: Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-8<br><br><br>Original Hearing Date:<br>November 4, 2015<br><br>Original Hearing Time:<br>10:00 AM<br><br>Steven L. Crouch, #2903<br>Daniel A. West, #98415<br>Wendee Elliott-Clement (MBE #50311; KS #20523)<br>Ashley B. Osborn (MBE #59427; KS #23272)<br>6363 College Blvd. Suite 100<br>Overland Park, KS 66211<br>(913) 663-7600 |

**PLEASE TAKE NOTICE**, that upon the Motion of Christiana Trust, a division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-8

dated the 10th day of April, 2015, seeking the termination of the automatic stay with regard to the real property legally described as follows:

> THE FOLLOWING LAND SITUATE IN SAINT LOUIS COUNTY, MISSOURI, TO WIT: ALL THAT PARCEL OF LAND IN SAINT LOUIS COUNTY, STATE OF MISSOURI, AS MORE FULLY DESCRIBED IN DEED BOOK 15198, PAGE 700, ID No. 26J540114, BEING KNOWN AND DESIGNATED AS LOT 4, IN BLOCK B, OF ALPINE ACRES, ACCORDING TO THE PLAT THEREOF RECORDED IN ST. LOUIS COUNTY RECORDER'S OFFICE., commonly known as 9329 Lenard Court, Saint Louis, MO (the "Property")

File No. 174097
Case No: 14-45821-399

the undersigned will move for an order of relief before the Honorable Judge Barry S. Schermer, at 111 South Tenth Street, Courtroom 5 North, St. Louis, Missouri, on November 4, 2015, at 10:00 am, or as soon thereafter as counsel can be heard.

SOUTHLAW, P.C.
  */s/Daniel A. West*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd. Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 174097
Case No: 14-45821-399

TO:

Christopher Lloyd Funkhouser
Elizabeth Ann Funkhouser
9329 Lenard Court
Saint Louis, MO 63123
**DEBTOR**

Michael E. Doyel
10820 Sunset Office Dr., Ste 124
St. Louis, MO 63127
**ATTORNEY FOR DEBTOR**

John V. LaBarge, Jr.
P.O. Box 430908
St. Louis, MO 63143
**CHAPTER 13 TRUSTEE**

Office of the United States Trustee
111 South 10th Street, Suite 6353
St. Louis, MO 63102
**UNITED STATES TRUSTEE**


SOUTHLAW, P.C.
   */s/Daniel A. West*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd. Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 174097
Case No: 14-45821-399